to the Northwest Side of Fillmore Avenue, between Coleman and Kimball Streets, in the Borough of Brooklyn, etc.— Applicant directed to submit proofs.  Present — Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ.

In the Matter of the Petition of JOSEPH W. HUESTIS and Others to Obtain a Certain Award in Condemnation Proceedings, etc.  In the Matter of Acquiring Title by the CITY OF NEW YORK to Lands on the Easterly Side of Pennsylvania Avenue, between Liberty and Glenmore Avenues, Borough of Brooklyn, for School Purposes, etc.— Motion to confirm report of referee granted.  Present — Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ.  Settle order on notice.

In the Matter of the Application of CHARLES T. McCARTHY for Reinstatement as an Attorney and Counselor at Law.— The Nassau County Bar Association having petitioned this court to give favorable consideration to the application of the petitioner for reinstatement, said application is granted.  Present — Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ.

In the Matter of the Application of WILLIAM H. REYNOLDS, Appellant, for a Prohibitive Order against Hon. JAMES C. CROPSEY, a Justice of the Supreme Court, etc., Respondent.— Motion to resettle order granted.  Order signed. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

ROSE M. PALMER and Another, Plaintiffs, v. ROTARY REALTY Co., INC., and Others, Defendants.— Motion for reargument denied.  Present — Kelly, P. J., Rich, Jaycox and Young, JJ.; Kapper, J., taking no part.

MINNIE SHIRK, Respondent, v. CHARLES McKEON, Appellant.— Motion to dismiss appeal granted, with ten dollars costs.  Present — Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ.

MARY SIMCOX, as Administratrix, etc., of THOMAS SIMCOX, Deceased, Respondent, v. BROOKLYN EASTERN DISTRICT TERMINAL, Appellant.— The argument of the appeal will await the decision of the pending motion for a new trial.  Present — Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ.

LILLIAN TURL, Appellant, v. FLORENCE FELDMAN, Respondent.— Motion to compel defendant to accept notice of appeal granted.  Present — Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ.

PRISCILLA K. ARCHIBALD, Respondent, v. ROBERT S. RENISON and Others, Appellants.— Order denying motion for change of venue from Queens county to Nassau county reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, upon the ground that Nassau county is the proper county in which a trial of this action should be had.  Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

JENNIE BERNEY, Appellant, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.— Judgment and order denying motion for new trial unanimously affirmed, with costs.  No opinion.  Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

THE CITY OF NEW YORK, Respondent, v. ROSE VAN TASSEL, Appellant.— Judgment reversed on the law and a new trial granted, costs to abide the event, on the ground that the trial court committed reversible error in directing a verdict for the plaintiff before all the evidence in the case had been adduced and both sides had rested.  Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

J. STERLING DRAKE, Respondent, v. COASTWISE LUMBER AND SUPPLY COMPANY,